AO 106 (Rev. 04/10) Application for a Search Warrant

Case 1:12-mj-04467-SKG   Document 2   Filed 11/08/12   Page 1 of 1

FILED ___ ENTERED
___ LOGGED ___ RECEIVED

NOV 08 2012

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>20 Montrose Road<br>Pasadena, Maryland 21122 | )<br>)<br>) Case No. 12-4467 SKG<br>)<br>)<br>) |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
See Attachment A.

located in the _____ District of _____ Maryland _____, there is now concealed *(identify the person or describe the property to be seized)*:
See Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
  x  evidence of a crime;
  x  contraband, fruits of crime, or other items illegally possessed;
  ☐  property designed for use, intended for use, or used in committing a crime;
  ☐  a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| *Code Section* | *Offense Description* |
|---|---|
| 18 USC §§ 514 and 545 | Smuggling and possession of counterfeit monetary instruments |

The application is based on these facts:

See Attached Affidavit.

  x  Continued on the attached sheet.
  ☐  Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Joshua Gottschalk, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 10/24/12

_____
*Judge's signature*

City and state: Baltimore, Maryland     Susan K. Gauvey, U.S. Magistrate Judge
*Printed name and title*

